## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-10969-MGW |
| | § | |
| Brides Against Breast Cancer, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Beth Ann Scharrer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | | Assets Exempt: | NA |
| Total Distributions to Claimants: | $21,725.75 | | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $45,758.87 | | | |

3)        Total gross receipts of $67,484.62  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $67,484.62 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $28,500.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $45,758.87 | $45,758.87 | $45,758.87 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $80,524.25 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $887,405.33 | $29,338.75 | $21,725.75 | $21,725.75 |
| **Total Disbursements** | $996,429.58 | $75,097.62 | $67,484.62 | $67,484.62 |

4).  This case was originally filed under chapter 7 on 10/30/2015.  The case was pending for 71 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2021                    By:    /s/ Beth Ann Scharrer
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Patents, Copyrights:  Website: www.bridesagainstbreastcancer.org | 1129-000 | $1,000.00 |
| Refunds due to the Debtor | 1229-000 | $1,634.25 |
| COA against GCCF, Pritchett, Brady, CSC, and Lockaby.  Settled.  COA against GCCF, Pritchett, Brady, CSC, and Lockaby. | 1249-000 | $25,000.00 |
| Interest in potential D&O litigation | 1249-000 | $25,000.00 |
| Potential action against Carl Ritter. | 1249-000 | $11,850.37 |
| Potential litigation re: accounting issues. | 1249-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $67,484.62 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SunTrust Bank | 4110-000 | $28,500.00 | $0.00 | $0.00 | $0.00 |
| | SunTrust Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $28,500.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $6,624.23 | $6,624.23 | $6,624.23 |
| Claim Amount, Trustee | 2200-000 | NA | $184.60 | $184.60 | $184.60 |
| Pinnacle Bank | 2600-000 | NA | $1,602.64 | $1,602.64 | $1,602.64 |
| Union Bank | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| Burnett Law (f/k/a Burnett Wilson Reeder), Attorney for Trustee | 3210-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Cimo Mazer Mark, PLLC, Attorney for Trustee | 3210-000 | NA | $571.73 | $571.73 | $571.73 |
| Claim Amount, | 3210-000 | NA | $11,529.14 | $11,529.14 | $11,529.14 |

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| David Jennis, Attorney for Trustee | 3210-000 | NA | $5,262.50 | $5,262.50 | $5,262.50 |
| Genovese Joblove & Batista, Attorney for Trustee | 3210-000 | NA | $215.77 | $215.77 | $215.77 |
| Burnett Law (f/k/a Burnett Wilson Reeder), Attorney for Trustee | 3220-000 | NA | $2,526.63 | $2,526.63 | $2,526.63 |
| Claim Amount, Attorney for Trustee | 3220-000 | NA | $233.70 | $233.70 | $233.70 |
| Jennis Law Firm, Attorney for Trustee | 3220-000 | NA | $1.48 | $1.48 | $1.48 |
| Claim Amount, Accountant for Trustee | 3410-000 | NA | $11,416.00 | $11,416.00 | $11,416.00 |
| Claim Amount, Accountant for Trustee | 3420-000 | NA | $560.45 | $560.45 | $560.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $45,758.87 | $45,758.87 | $45,758.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alabama Department of Revenue | 5800-000 | $4,459.24 | $0.00 | $0.00 | $0.00 |
| | Arkansas Dept. of Revenue | 5800-000 | $559.65 | $0.00 | $0.00 | $0.00 |
| | California Franchise Tax Board | 5800-000 | $26,967.74 | $0.00 | $0.00 | $0.00 |
| | Colorado Dept. of Revenue | 5800-000 | $6,416.06 | $0.00 | $0.00 | $0.00 |
| | Connecticut Dept. of Revenue | 5800-000 | $1,494.69 | $0.00 | $0.00 | $0.00 |
| | District of Columbia Dept. of Revenue | 5800-000 | $594.37 | $0.00 | $0.00 | $0.00 |
| | Florida Department of Revenue | 5800-000 | $105.70 | $0.00 | $0.00 | $0.00 |
| | Georgia Dept. of Revenue | 5800-000 | $1,588.08 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Idaho State Tax Commission | 5800-000 | $311.82 | $0.00 | $0.00 | $0.00 |
| Illinois Dept. of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kansas Dept. of Revenue | 5800-000 | $931.91 | $0.00 | $0.00 | $0.00 |
| Kentucky Dept. of Revenue | 5800-000 | $1,428.30 | $0.00 | $0.00 | $0.00 |
| Louisiana Dept. of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maine Dept. of Revenue | 5800-000 | $542.99 | $0.00 | $0.00 | $0.00 |
| Maryland Comptroller | 5800-000 | $525.12 | $0.00 | $0.00 | $0.00 |
| Michigan Dept. of Treasury | 5800-000 | $2,139.63 | $0.00 | $0.00 | $0.00 |
| Mississippi Dept. of Revenue | 5800-000 | $628.51 | $0.00 | $0.00 | $0.00 |
| Missouri Dept. of Revene | 5800-000 | $8,586.19 | $0.00 | $0.00 | $0.00 |
| Nebraska Dept. of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nevada Dept. of Taxation | 5800-000 | $2,857.71 | $0.00 | $0.00 | $0.00 |
| New Mexico Dept. of Revenue | 5800-000 | $1,122.73 | $0.00 | $0.00 | $0.00 |
| New York Dept. of Taxation | 5800-000 | $2,322.73 | $0.00 | $0.00 | $0.00 |
| North Dakota State Tax Commissioner | 5800-000 | $240.94 | $0.00 | $0.00 | $0.00 |
| Oklahoma Tax Commission | 5800-000 | $2,587.97 | $0.00 | $0.00 | $0.00 |
| Pennsylvania Dept. of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sarasota County Tax Collector | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| South Carolina Dept. of Revenue | 5800-000 | $2,520.67 | $0.00 | $0.00 | $0.00 |
| Tennessee Dept. of Revenue | 5800-000 | $555.28 | $0.00 | $0.00 | $0.00 |
| Utah State Tax Commission | 5800-000 | $1,522.00 | $0.00 | $0.00 | $0.00 |
| Vermont Dept. of Taxes | 5800-000 | $196.35 | $0.00 | $0.00 | $0.00 |
| Virginia Dept. of Taxation | 5800-000 | $7,963.38 | $0.00 | $0.00 | $0.00 |
| Washington Dept. of Revenue | 5800-000 | $1,209.60 | $0.00 | $0.00 | $0.00 |
| Wisconsin Dept. | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | of Revenue | | | | | |
| | Wyoming Dept. of Revenue | 5800-000 | $144.89 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $80,524.25 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Destinations HD | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 2 | Origami Owl | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 3 | Simply Perfect Java | 7100-000 | $225.00 | $328.00 | $0.00 | $0.00 |
| 4 | Jewelry in Candles | 7100-000 | $325.00 | $325.00 | $0.00 | $0.00 |
| 5 | Mary Kay | 7100-000 | $150.00 | $150.00 | $0.00 | $0.00 |
| 6 | Jani King Cleaners | 7100-000 | $1,373.00 | $229.00 | $229.00 | $229.00 |
| 7 | Eternal Knot Weddings | 7100-000 | $500.00 | $500.00 | $0.00 | $0.00 |
| 8 | Southern Elegance Events | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 9 | Bentley & Bruning, P.A. | 7100-000 | $238.00 | $238.00 | $238.00 | $238.00 |
| 10 | Brett Kelly | 7100-000 | $325.00 | $325.00 | $0.00 | $0.00 |
| 11 | It Works | 7100-000 | $350.00 | $350.00 | $0.00 | $0.00 |
| 12 | Jennifer Schmitt | 7100-000 | $200.00 | $150.00 | $0.00 | $0.00 |
| 13 | Jennifer Kaesberg | 7100-000 | $0.00 | $850.00 | $0.00 | $0.00 |
| 14 | It Works | 7100-000 | $350.00 | $350.00 | $0.00 | $0.00 |
| 15 | Robert Yutzy | 7100-000 | $200.00 | $200.00 | $0.00 | $0.00 |
| 16 | Melissa List | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 17 | Black Pearl Escape | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 18 | Kaysha Weiner Photography | 7100-000 | $550.00 | $550.00 | $0.00 | $0.00 |
| 19 | Renee Contreras | 7100-000 | $0.00 | $325.00 | $0.00 | $0.00 |
| 20 | Studio D Photography | 7100-000 | $500.00 | $250.00 | $0.00 | $0.00 |
| 21 | Studio D Photography | 7100-000 | $0.00 | $250.00 | $0.00 | $0.00 |
| 22 | It Works | 7100-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| 23 | Ward Group PR, Inc. | 7100-000 | $21,258.75 | $21,258.75 | $21,258.75 | $21,258.75 |
| 24 | Ward Group PR, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | Tupperware | 7100-000 | $225.00 | $225.00 | $0.00 | $0.00 |

| 26 | Pure Romance | 7100-000 | $100.00 | $100.00 | $0.00 | $0.00 |
|----|--------------|----------|---------|---------|-------|-------|
| 27 | Thunderkiss Entertainment | 7100-000 | $225.00 | $225.00 | $0.00 | $0.00 |
| 28 | Animus-Art Photography | 7100-000 | $360.00 | $360.00 | $0.00 | $0.00 |
|  | A Better Time DJ | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|  | A Tailored Day Wedding & Event Prod. | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
|  | A.J. Photography | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
|  | ABC's DJs | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Absolutely Unbelievable Ent. | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Accrinet Corporation | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
|  | Advanced Engineered Systems | 7100-000 | $1,064.50 | $0.00 | $0.00 | $0.00 |
|  | Advocare | 7100-000 | $275.00 | $0.00 | $0.00 | $0.00 |
|  | AdvoCare | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | AdvoCare | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Aerie at Eagle Landing | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | AM Resorts | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
|  | Angela Divine Photography | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
|  | Apriori Beauty | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
|  | Aqua Plumbing Services, Inc. | 7100-000 | $5,306.00 | $0.00 | $0.00 | $0.00 |
|  | Arbonne | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
|  | Arizona Nights | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
|  | Armbrust, Diana | 7100-000 | $720.00 | $0.00 | $0.00 | $0.00 |
|  | Aroma Coffee Service | 7100-000 | $670.85 | $0.00 | $0.00 | $0.00 |
|  | Aviles, Arturo | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|  | Babe's Plumbing, Inc. | 7100-000 | $565.00 | $0.00 | $0.00 | $0.00 |
|  | Bang for Your Buck Mobile DJ | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|  | Beachangel Weddings | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
|  | Beautycounter | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
|  | Bee Happy Life | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Bee Photography, LLC | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | Belle Haven Coutry Club | 7100-000 | $1,294.91 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ben & Kelly Photography | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Bergman, Richard B. | 7100-000 | $46,875.00 | $0.00 | $0.00 | $0.00 |
| Big Sky Travel Source | 7100-000 | $625.00 | $0.00 | $0.00 | $0.00 |
| Biological Tree & Landscape Services | 7100-000 | $8,046.68 | $0.00 | $0.00 | $0.00 |
| Blackbaud | 7100-000 | $4,146.13 | $0.00 | $0.00 | $0.00 |
| Books with Lis | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Boston Marriott | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Boulevards of Travel | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Bridal Collection | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Bridal Outlet Co., Inc. | 7100-000 | $1,554.60 | $0.00 | $0.00 | $0.00 |
| Brides Tailor | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Butler Productions | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Cakery 26 | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $1,297.35 | $0.00 | $0.00 | $0.00 |
| Caroline Z Photography | 7100-000 | $615.00 | $0.00 | $0.00 | $0.00 |
| Celebrate Your Sexy | 7100-000 | $962.50 | $0.00 | $0.00 | $0.00 |
| Chase Music, LLC | 7100-000 | $12,500.00 | $0.00 | $0.00 | $0.00 |
| Chloe and Isabel | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Chloe and Isabel | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Chloe and Isabel | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Chloe and Isabel | 7100-000 | $525.00 | $0.00 | $0.00 | $0.00 |
| Christian & Johnson | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Citrus Blossom Brand | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| CLE Photobooth | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Coca-Cola Beverages Florida, LLC | 7100-000 | $1,734.48 | $0.00 | $0.00 | $0.00 |
| Cork's Catering | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| Cruise Planners | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Cruise Planners | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Custom Alterations | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| David Shaver | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| DeTayls | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Entertainment Group | | | | | |
| Dex Imaging, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dillard's | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| DJ Experience | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| DryCleanBaltimore.com | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Elegant and Special Occasions | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Elegant Wishes and Events | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| EMC Tickets | 7100-000 | $1,130.37 | $0.00 | $0.00 | $0.00 |
| Emily Avila Photography | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Entertainment Essentials | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| Equity, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Essential Bodywear | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Essential Details | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Faux Finish | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Fifth Avenue Collections | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| First Tee Travel & Promotions | 7100-000 | $315.00 | $0.00 | $0.00 | $0.00 |
| Florida Power and Light | 7100-000 | $478.68 | $0.00 | $0.00 | $0.00 |
| Foundation for Dreams, Inc. | 7100-000 | $12,450.00 | $0.00 | $0.00 | $0.00 |
| Founders Club | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Francis, The | 7100-000 | $9,780.74 | $0.00 | $0.00 | $0.00 |
| Front Sight Focus | 7100-000 | $40,163.95 | $0.00 | $0.00 | $0.00 |
| Frozen De'Lites | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| Gator Air Conditioning | 7100-000 | $753.57 | $0.00 | $0.00 | $0.00 |
| Gibson, Janie | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Gonzalez-Camacho, Brenda | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| Green Apple Catering, Inc. | 7100-000 | $2,682.00 | $0.00 | $0.00 | $0.00 |
| Gulf Coast Community Foundation | 7100-000 | $430,000.00 | $0.00 | $0.00 | $0.00 |
| Gulfshore Media, LLC | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Harris, David | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| HD Entertainment | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Herald Tribune Media Group | 7100-000 | $840.42 | $0.00 | $0.00 | $0.00 |
| HuB Studios | 7100-000 | $17,540.00 | $0.00 | $0.00 | $0.00 |
| IGOR Photography | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Instant Memories Photobooth | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| International Productions | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| Isagenix | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $135.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $566.33 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| It Works | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| J Hilburn | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| J.Hilburn | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Jamberry Nails | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Jamie Nicole Krause Photography | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Jeunesse Ageless Made Simple | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Jewelry In Candles | 7100-000 | $135.00 | $0.00 | $0.00 | $0.00 |
| Joyce Factory Direct | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Kaiser, Cheryl | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Keep Collective | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Keep Collective-Kelly Bryan | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Kensington Floral & Events | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Kerkering Barberio & Co. | 7100-000 | $39,126.10 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Knot Wedding Pages | 7100-000 | $33,320.00 | $0.00 | $0.00 | $0.00 |
| Kristine Mariee LLC | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Lake Osprey Villages, LLLP | 7100-000 | $8,000.99 | $0.00 | $0.00 | $0.00 |
| LeVel | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Life Rich LLC | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| Lil Epic Event Design | 7100-000 | $525.00 | $0.00 | $0.00 | $0.00 |
| Linda Lee - Health Matters | 7100-000 | $1,350.00 | $0.00 | $0.00 | $0.00 |
| Lizzi Van Dess | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Locked In Photography | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| LouLaRoe | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| LuLaRoe | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Lularoe | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| LuLu Avenue | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Magnificent Events | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Make Up N More (Doing Hair/Makeup) | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Makeup Eraser | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Makeup Erasers | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Marcie's Cupcake Kitchen | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $315.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $275.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $83.31 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $83.35 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $83.34 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $170.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mary Kay | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Mary Kay | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| Mavella | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| Memories Wedding Planning | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Merritt, Lisa | 7100-000 | $417.00 | $0.00 | $0.00 | $0.00 |
| Mialisia VersaStyle Jewelry | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Michael's on East - Catering & Ballroom | 7100-000 | $1,975.00 | $0.00 | $0.00 | $0.00 |
| Miche | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| My Click Photobooth | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| Nerium | 7100-000 | $182.00 | $0.00 | $0.00 | $0.00 |
| Ohana Adventure by Nancy Burney | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Orangetheory Fitness | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Origami Owl | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Origami Owl | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Origami Owl | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Origami Owl | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Origami Owl | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Orsborn, John | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Palm Printing | 7100-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| Pampered Chef | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Paparazzi $5 Accessories | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Paper Goodiez | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Park Lane | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Passion Parties-Jennifer Adams | 7100-000 | $87.50 | $0.00 | $0.00 | $0.00 |
| Penske Truck Leasing Co., LLP | 7100-000 | $17,293.00 | $0.00 | $0.00 | $0.00 |
| Perfect Bride | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| Perfectly Posh | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Pettit, Gail | 7100-000 | $180.00 | $0.00 | $0.00 | $0.00 |
| Photo Booth Group | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Pink Print Photography | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Pink Zebra | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes Global Financial Svc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes Purchase Power | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Pittsburgh DJ Company | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Platinum Travel | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Plexus | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Poppy Floral | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
| Posharazzi | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Posharazzi Photo Lounge | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Positive Promotions, Inc. | 7100-000 | $3,048.25 | $0.00 | $0.00 | $0.00 |
| Pratt Abbott Cleaners | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Premier Designs Jewelry | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Premiere Global Services | 7100-000 | $155.43 | $0.00 | $0.00 | $0.00 |
| Premium Assignment Corporation | 7100-000 | $4,109.49 | $0.00 | $0.00 | $0.00 |
| Props! Photobooth | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $158.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance | 7100-000 | $275.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance by Heather Redding | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Pure Romance by Meg | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Purmort & Martin Insurance Agency, LLC | 7100-000 | $3,454.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ranalla Photography | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Raymond James | 7100-000 | $22,871.85 | $0.00 | $0.00 | $0.00 |
| Renee VanPatten Photography | 7100-000 | $140.00 | $0.00 | $0.00 | $0.00 |
| Retro Peacock Photog | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Ritter, Carl W. | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Ritz-Carlton Sarasota | 7100-000 | $17,787.77 | $0.00 | $0.00 | $0.00 |
| Rockstar Tan | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| Rodan & Fields | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Rodan & Fields | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Rodan & Fields | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Rose LifeCycle Ceremonies | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Ruby Ribbon | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Scentsy | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Shapiro, Robin | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Sights and Sounds A.V., Inc. | 7100-000 | $4,930.00 | $0.00 | $0.00 | $0.00 |
| Silverman, Anne | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |
| Sir Speedy | 7100-000 | $4,841.98 | $0.00 | $0.00 | $0.00 |
| Smile Time Photo Booth | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| SPX Realty | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| Stan Heinz | 7100-000 | $1,511.25 | $0.00 | $0.00 | $0.00 |
| Stategic Network, LLC | 7100-000 | $4,084.00 | $0.00 | $0.00 | $0.00 |
| Stella & Dot | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Stella & Dot | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| Stella & Dot | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| Styled by Ashley Mason | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Sweet Melissa Photography | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Thirty One Gifts | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| Thirty One Gifts | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Thirty One Gifts | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Thirty One Gifts | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Thiry-One | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Touch of Southern Weddings & Events | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Tres Belle | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Wedding and Events | | | | | |
| True Bliss Travel | 7100-000 | $375.00 | $0.00 | $0.00 | $0.00 |
| Tupperware | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| U.S. Bancorp Equipment Finance, Inc. | 7100-000 | $552.45 | $0.00 | $0.00 | $0.00 |
| Unishippers | 7100-000 | $183.57 | $0.00 | $0.00 | $0.00 |
| URE Events | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| ValleyCrest Landscape Maintenance | 7100-000 | $2,400.00 | $0.00 | $0.00 | $0.00 |
| Van Dyke Church | 7100-000 | $1,300.38 | $0.00 | $0.00 | $0.00 |
| Vento, Mariann K. | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| Verizon Florida, Inc. | 7100-000 | $119.99 | $0.00 | $0.00 | $0.00 |
| Vogue City Photobooth | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Waste Management of Sarasota | 7100-000 | $666.52 | $0.00 | $0.00 | $0.00 |
| Wedding DJ | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Wedding DJs of Maine | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Where's the Party? | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Willow and Vine Event Design | 7100-000 | $325.00 | $0.00 | $0.00 | $0.00 |
| WRBQ-FM | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Write It Out | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| WWSB TV | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Younique | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Younique | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Younique | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Younique | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Younique | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Your Big Day | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| Your Perfect Day | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $887,405.33 | $29,338.75 | $21,725.75 | $21,725.75 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 15-10969-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | Date Filed (f) or Converted (c): | 10/30/2015 (f) |
| For the Period Ending: | 9/3/2021 | §341(a) Meeting Date: | 12/03/2015 |
| | | Claims Bar Date: | 04/11/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Sntrust Bank- Total Business Checking #7315 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Patents, Copyrights:  Website: www.bridesagainstbreastcancer.org | Unknown | $1,000.00 | | $1,000.00 | FA |
| 3 | Potential action against Carl Ritter.  **(u)** | $0.00 | $11,850.37 | | $11,850.37 | FA |
| **Asset Notes:** | Motion to Approve Compromise of Controversy filed.  Doc. 28.  Note: originally listed as asset in the related case of The Health Support Network, related case (15-10966).  Should have been listed in this case. | | | | | |
| 4 | Refunds due to the Debtor  **(u)** | $0.00 | $1,604.25 | | $1,634.25 | FA |
| **Asset Notes:** | Refunds due to the Debtor. | | | | | |
| 5 | Interest in potential D&O litigation  **(u)** | $0.00 | $25,000.00 | | $25,000.00 | FA |
| 6 | Potential COA against Halifax Sarasota, LLC; Jessica Floum; Anthony Cormier; Michael Braga; Patrick Dorsey; Bill Church; and Emily Le Coz.  **(u)** | $0.00 | $3,000,000.00 | | $0.00 | FA |
| **Asset Notes:** | See doc. 75 | | | | | |
| 7 | Potential litigation re: accounting issues.  **(u)** | $0.00 | $10,000,000.00 | | $3,000.00 | FA |
| **Asset Notes:** | Compromise motion filed 5/19.  Estate to receive gross amount of $3,000.  Doc. 328 in related case of HSN (15-10966) | | | | | |
| 8 | Potential COA against Sarasota newspaper, reporters, editors.  Re: defamation.  **(u)** | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | To pursue potential malpractice cause of action.  Value at $1 for reporting requirements only. | | | | | |
| 9 | COA against GCCF, Pritchett, Brady, CSC, and Lockaby.  Settled.  COA against GCCF, Pritchett, Brady, CSC, and Lockaby.  Settled.  COA re: Defamation, civil conspiracy, Breach of fiduciary duties, lender liability, conspiracy to breach fiduciary duties.  **(u)** | $0.00 | $25,000.00 | | $25,000.00 | FA |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $0.00 | $13,064,455.62 | | $67,484.62 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 15-10969-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | Date Filed (f) or Converted (c): | 10/30/2015 (f) |
| For the Period Ending: | 9/3/2021 | §341(a) Meeting Date: | 12/03/2015 |
| | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/05/2021 | TFR in process. |
| 04/01/2021 | T/c/w accountant re: fee applications. |
| 03/15/2021 | Several t/c/w atty and reviewing drafts of fee applications. |
| 01/29/2021 | Bill of Sale and Assignment filed.  See Docs 34, 40. |
| 12/31/2020 | All tax returns filed (sent to IRS). |
| 10/02/2020 | Received payment per compromise. |
| 10/02/2020 | professional fees paid per orders allowing |
| 07/21/2020 | Order granting compromise motion entered. |
| 06/28/2020 | Compromise motion filed re: Gulf coast Community Foundation et. al. |
| 04/22/2020 | Litigation pending re: defamation claim. |
| 11/28/2019 | Employed accountant to complete all returns. |
| 08/02/2019 | Order on professional fee apps entered.  See related case (Health Support Network.  15-10966, Doc. 333). |
| 07/02/2019 | Compromise motion re: Kerkering Barberio & Co. granted (see related case of Health Support Network.  15-10966) |
| 05/29/2019 | Compromise motion re: Kerkering Barberio & Co. filed (see related case of Health Support Network.  15-10966) |
| 05/14/2019 | Drafts of compromise motion circulating. |
| 02/15/2019 | Settlement discussions ongoing. |
| 11/28/2018 | Mediation conducted.   No resolution as of date of mediation. |
| 09/15/2018 | Ongoing discussions re: mediation. |
| 07/30/2018 | Mediation cancelled b/c of death of participant.  To be rescheduled. |
| 05/01/2018 | Mediation to be July 20, 2018. |
| 03/14/2018 | Mediation scheduled for April 27, 2018. |
| 12/19/2017 | Mediation to be scheduled re: accounting issues. |
| 11/09/2017 | Hearing on motion to extend time held.  Matter taken  under advisement. |
| 10/30/2017 | Application to employ Joshua Burnett filed. |
| 10/27/2017 | Emergency motion re: extension of deadline filed. |
| 09/01/2017 | Orders on all objections to claims entered.  Objections sustained. |
| 07/26/2017 | Omnibus objection to claims filed (claims 1-5, 7-8, 10-22, 25, 26, 28), |
| 04/25/2017 | Mediation in related case (Health Support Network) and this case re: D&O insurance. |
| 10/25/2016 | Motion to sell property re: artwork filed.  Hearing held on 10/13/16.  Motion granted. |
| 06/30/2016 | I was appointed as Successor Trustee I this case.  I received funds in the amount of $6,488.57 from Andrea Bauman, the Original Trustee.   I received these funds directly from the Original Trustee's financial institution.  I have reviewed a Form 2 and/or Form 1 provided by the Original Trustee, as well as all pleadings in this case. The transactions and assets on the Forms 2 and/or Form 1 provided by the Original Trustee are reflected on the Forms 2 and/or Form 1 that I have generated as Successor Trustee in  this case. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    3        Exhibit 8

| | |
|---|---|
| Case No.: | 15-10969-MGW |
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC |
| For the Period Ending: | 9/3/2021 |

| | |
|---|---|
| Trustee Name: | Beth Ann Scharrer |
| Date Filed (f) or Converted (c): | 10/30/2015 (f) |
| §341(a) Meeting Date: | 12/03/2015 |
| Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/25/2016 | Motion to approve compromise of controversy granted. |
| 05/13/2016 | MOtion to Approve Compromise of Controversy filed. |
| 05/03/2016 | Appointed as successor trustee.  Speaking with attorney employed by original trustee re: status of case. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/15/2018 | **Current Projected Date Of Final Report (TFR):** | 12/15/2020 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10969-MGW | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | | Bank Name: | UNION BANK |
| Primary Taxpayer ID #: | **-***4468 | | Checking Acct #: | ******5695 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/30/2015 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received to From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2016 | (4) | IHEART MEDIA | REFUND - OVER PAYMENT ON INVOICE | 1229-000 | $795.00 | | $795.00 |
| 02/09/2016 | (4) | HALL COMMUNICATIONS, INC | REFUND | 1249-000 | $839.25 | | $1,634.25 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,619.25 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,604.25 |
| 05/06/2016 | | Estate of Brides Against Breast Cancer LLC | Closure of Account 5695 | 9999-000 | | $1,604.25 | $0.00 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
| | TOTALS: | | | | $1,634.25 | $1,634.25 | $0.00 |
| | Less: Bank transfers/CDs | | | | $0.00 | $1,604.25 | |
| | Subtotal | | | | $1,634.25 | $30.00 | |
| | Less: Payments to debtors | | | | $0.00 | $0.00 | |
| | Net | | | | $1,634.25 | $30.00 | |

| For the period of 10/30/2015 to 9/3/2021 | | For the entire history of the account between 08/11/2016 to 9/3/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,634.25 | Total Compensable Receipts: | $1,634.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,634.25 | Total Comp/Non Comp Receipts: | $1,634.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30.00 | Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 | Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $1,604.25 | Total Internal/Transfer Disbursements: | $1,604.25 |

Page No: 2       Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-10969-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4468 | Checking Acct #: | ******0408 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2015 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2016 | | Union Bank | Transfer funds from closed account | 9999-000 | $1,604.25 | | $1,604.25 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.08 | $1,603.17 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.50 | $1,600.67 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.58 | $1,598.09 |
| 08/31/2016 | (2) | Art Lounge 535, LLC | payment for purchase of estate assets | 1129-000 | $1,000.00 | | $2,598.09 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.58 | $2,595.51 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.05 | $2,591.46 |
| 10/17/2016 | (3) | Shumaker, Loop & Kendrick, LLP | payment per compromise (docs. 28, 30) | 1249-000 | $11,850.37 | | $14,441.83 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $12.82 | $14,429.01 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $22.54 | $14,406.47 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.25 | $14,383.22 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.22 | $14,360.00 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.94 | $14,339.06 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.14 | $14,315.92 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $22.36 | $14,293.56 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.07 | $14,270.49 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $22.29 | $14,248.20 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.00 | $14,225.20 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.92 | $14,179.28 |
| 09/22/2017 | (5) | The Health Support Network, Inc | Allocation of settlement funds from related case (See Doc. 199 in 15-10966) | 1249-000 | $25,000.00 | | $39,179.28 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.87 | $39,145.41 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($22.96) | $39,168.37 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $63.22 | $39,105.15 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $61.09 | $39,044.06 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $63.03 | $38,981.03 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.94 | $38,918.09 |
| | | | **SUBTOTALS** | | $39,454.62 | $536.53 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10969-MGW | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4468 | Checking Acct #: | ******0408 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2015 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $56.76 | $38,861.33 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.72 | $38,798.61 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $60.59 | $38,738.02 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.51 | $38,675.51 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $60.40 | $38,615.11 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.31 | $38,552.80 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.21 | $38,490.59 |
| 07/29/2019 | (7) | Estate of The Health Support Network, Inc. | Portion of funds from related case (15-10966) allocated to this case per settlement (see Docs. 328, 329 in 15-10966). | 1249-000 | $3,000.00 | | $41,490.59 |
| 08/09/2019 | 101 | David Jennis | Doc. 91 (Jennis Law Firm) | 3210-000 | | $262.50 | $41,228.09 |
| 08/09/2019 | 102 | Genovese Joblove & Batista | Docs. 91, 92 | 3210-000 | | $215.77 | $41,012.32 |
| 08/09/2019 | 103 | Cimo Mazer Mark, PLLC | Docs. 91, 92 | 3210-000 | | $571.73 | $40,440.59 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $707.71 | $39,732.88 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($707.71) | $40,440.59 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $58.17 | $40,382.42 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $60.02 | $40,322.40 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $57.99 | $40,264.41 |
| 10/02/2020 | (9) | The Cincinnati Insurance Company | Payment per compromise. Docs. 97, 101 | 1249-000 | $25,000.00 | | $65,264.41 |
| 10/02/2020 | 104 | Burnett Law (f/k/a Burnett Wilson Reeder) | See doc. 103. | 3210-000 | | $5,000.00 | $60,264.41 |
| 10/02/2020 | 105 | Burnett Law (f/k/a Burnett Wilson Reeder) | See Docs. 99, 103. | 3220-000 | | $2,526.63 | $57,737.78 |
| 10/02/2020 | 106 | Jennis Law Firm | Doc. No. 102 | 3210-000 | | $5,000.00 | $52,737.78 |
| 10/02/2020 | 107 | Jennis Law Firm | Doc. No. 102 | 3220-000 | | $1.48 | $52,736.30 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $82.34 | $52,653.96 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $75.73 | $52,578.23 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $78.15 | $52,500.08 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $78.03 | $52,422.05 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $70.37 | $52,351.68 |
| | | | **SUBTOTALS** | | $28,000.00 | $14,566.41 | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-10969-MGW | Trustee Name: | Beth Ann Scharrer |
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4468 | Checking Acct #: | ******0408 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2015 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.81 | $52,273.87 |
| 06/24/2021 | 108 | Beth Ann Scharrer | Trustee Compensation Trustee Expenses | * | | $6,808.83 | $45,465.04 |
| | | | Claim Amount $(6,624.23) | 2100-000 | | | $45,465.04 |
| | | | Claim Amount $(184.60) | 2200-000 | | | $45,465.04 |
| 06/24/2021 | 109 | Jennis Morse Etlinger | Claim #: ; Account Number: ; Distribution Dividend: 100.00; Claim #: ; Account Number: ; Distribution Dividend: 100.00; | * | | $11,762.84 | $33,702.20 |
| | | | Claim Amount $(233.70) | 3220-000 | | | $33,702.20 |
| | | | Claim Amount $(11,529.14) | 3210-000 | | | $33,702.20 |
| 06/24/2021 | 110 | GlassRatner Advisory & Capital Group, LLC | Claim #: ; Account Number: ; Distribution Dividend: 100.00; Claim #: ; Account Number: ; Distribution Dividend: 100.00; | * | | $11,976.45 | $21,725.75 |
| | | | Claim Amount $(560.45) | 3420-000 | | | $21,725.75 |
| | | | Claim Amount $(11,416.00) | 3410-000 | | | $21,725.75 |
| 06/24/2021 | 111 | Jani King Cleaners | Claim #: 6; Account Number: ; Distribution Dividend: 100.00; | 7100-000 | | $229.00 | $21,496.75 |
| 06/24/2021 | 112 | Bentley & Bruning, P.A. | Claim #: 9; Account Number: ; Distribution Dividend: 100.00; | 7100-000 | | $238.00 | $21,258.75 |
| 06/24/2021 | 113 | Ward Group PR, Inc. | Claim #: 23; Account Number: ; Distribution Dividend: 100.00; | 7100-000 | | $21,258.75 | $0.00 |
| | | | | SUBTOTALS | $0.00 | $52,351.68 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10969-MGW | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4468 | | Checking Acct #: | ******0408 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/30/2015 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $67,454.62 | $67,454.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,604.25 | $0.00 | |
| | | | **Subtotal** | | $65,850.37 | $67,454.62 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $65,850.37 | $67,454.62 | |

| **For the period of 10/30/2015 to 9/3/2021** | | **For the entire history of the account between 05/03/2016 to 9/3/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $65,850.37 | Total Compensable Receipts: | $65,850.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,850.37 | Total Comp/Non Comp Receipts: | $65,850.37 |
| Total Internal/Transfer Receipts: | $1,604.25 | Total Internal/Transfer Receipts: | $1,604.25 |
| | | | |
| Total Compensable Disbursements: | $67,454.62 | Total Compensable Disbursements: | $67,454.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67,454.62 | Total Comp/Non Comp Disbursements: | $67,454.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-10969-MGW | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BRIDES AGAINST BREAST CANCER, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4468 | | Checking Acct #: | ******0408 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/30/2015 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/3/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $67,484.62 | $67,484.62 | $0.00 |

| **For the period of 10/30/2015 to 9/3/2021** | | **For the entire history of the case between 10/30/2015 to 9/3/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $67,484.62 | Total Compensable Receipts: | $67,484.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,484.62 | Total Comp/Non Comp Receipts: | $67,484.62 |
| Total Internal/Transfer Receipts: | $1,604.25 | Total Internal/Transfer Receipts: | $1,604.25 |
| | | | |
| Total Compensable Disbursements: | $67,484.62 | Total Compensable Disbursements: | $67,484.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67,484.62 | Total Comp/Non Comp Disbursements: | $67,484.62 |
| Total Internal/Transfer Disbursements: | $1,604.25 | Total Internal/Transfer Disbursements: | $1,604.25 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER